# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FAX to: Cathy S. Lusk, Clerk, 12th Court of Appeals, Tyler, at (903)593-2193

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/28/2015 9:46:06 AM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known): **12 - 15 - 00194 - CV**

Trial Court Style: The State of Texas vs. David Hayes

Trial Court & County:  County Court At Law / Henderson County  Trial Court No.:C-7919

Date Trial Clerk's Record Originally Due:  August 31, 2015

Date Court Reporter's/Recorder's Record Originally Due:  December 7, 2009

Anticipated Number of Pages of Record:  267

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:  (Check all that apply - attach additional pages if necessary.)

☐  to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☐  my duties listed below preclude working on this record:

☑  Other. (Explain.):  I have a very heavy workload and I am also in the process of training a new employee. I have started the appeal, but will be unable to complete it by August 31st.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by September 30, 2015, and **I hereby request an additional _____30_____ days** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

 August 28, 2015 
Date

 (903) 675-6140 
Office Phone Number

awilson@co.henderson.tx.us
E-mail Address (if available)

Signature _Angela Wilson_

 Angela Wilson 
Printed Name

Deputy Clerk 
Official Title

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

> ***Certificate requirements.*** A certificate of service must be signed by the person who made the service and must state:
>
> (1) the date and manner of service;
> (2) the name and addresses of each person served; and
> (3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S):**      Lead Counsel for **APPELLEE(S):**

Name:   Mr. James H. Owen            Name:     Mr. Clinton Davis

Address:  P. O. Box 1447             Address:    100 East Tyler Street

        Athens, Texas 75751                  Athens, Texas 75751

Phone no.:  903-681-6487             Phone no.:  903-675-6112

Attorney for: APPELLANT(S)           Attorney for:    APPELLEE(S)

Additional information, if any: